# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

McALLEN DIVISION

United States District Court
Southern District Of Texas
**FILED**

MAY 10 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Ernesto Jose VELAZQUEZ-Huerta

AKA:
IAE          YOB: 1985
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-19-1053-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 8, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On May 8, 2019, Ernesto Jose VELAZQUEZ-Huerta a citizen of Mexico was encountered by Immigration Officers at the municipal city jail in Alamo, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 9, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the forth (4th) time on March 5, 2019 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about May 5, 2019 by wading the Rio Grande River at or near Roma, Texas. On July 14, 2014, the defendant was convicted of conspiracy to possess with intent to distribute 162.35 kilograms of marijuana and sentenced to sixty (60) months and a term of four (4) years of supervised release to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint approved by AUSA Michael Mitchell

_5-10-19_

**Signature of Complainant**

**Arnulfo Rodriguez          Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

May 10, 2019      8:35 pm     at   McAllen, Texas
Date                                City and State

Peter E. Ormsby          U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer